W. G. CROUCH AND ANOTHER V. THE STATE.

A bail bond that fails to state before what court the defendant was bound to appear, is of no binding force, and therefore can be the foundation of no judgment whatever.

APPEAL from Freestone. Tried below before the Hon. J. B. Rector.

There is no occasion for a statement of the facts.

*L. J. Farrow*, for appellants.

*Wm. Alexander, Attorney-General*, for the State.

OGDEN, J. This is an appeal from a judgment on a forfeited bail bond. The bond upon which the forfeiture was taken, fails to state the court before which the defendant was bound to appear, and was therefore of no binding force, and could be the foundation for no judgment whatever. The judgment of the District Court must therefore be reversed, and the cause dismissed.

Reversed and dismissed.